# United States Court of Appeals

### For the Eighth Circuit

_____

No. 12-3989

_____

Albert D. Thomas; AGT, a Minor

*Appellants*

v.

Zion Lutheran School, a school operating in Belleville, Illinois; David
Kniepkamp, Principal of Zion Lutheran School; Zion Lutheran Church, a church
operating in Belleville, Illinois; Gary Byers, Pastor of Zion Lutheran Church; Rick
Gove, Former Principal of Zion Lutheran School; Terry Marino, Staff Member of
Zion Lutheran School; Cathy Rudolf, Staff Member of Zion Lutheran School;
Helen Myers, Staff Member of Zion Lutheran Church

*Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: June 25, 2013
Filed: June 28, 2013
[Unpublished]

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Albert D. Thomas, on behalf of himself and his minor son AGT, appeals the district court's[1] dismissal of his pro se action for lack of subject matter jurisdiction. Having carefully reviewed the record and considered Mr. Thomas's arguments for reversal, we agree with the district court's reasons for concluding that subject matter jurisdiction was lacking. See Riley v. United States, 486 F.3d 1030, 1031 (8th Cir. 2007) (de novo review). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.